# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SEBELA INTERNATIONAL LIMITED, SEBELA IRELAND LIMITED, and SEBELA PHARMACEUTICALS INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ACTAVIS LABORATORIES FL, INC., ACTAVIS PHARMA, INC., TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD., <br><br> Defendants. | Case No. 2:17-cv-04789-CCC-MF <br><br><br><br><br><br> **Certificate of Service** |
| SEBELA INTERNATIONAL LIMITED, SEBELA IRELAND LIMITED, and SEBELA PHARMACEUTICALS INC., <br><br> Plaintiffs, <br><br> vs. <br><br> PRINSTON PHARMACEUTICAL INC., SOLCO HEALTHCARE U.S. LLC. and HUAHAI U.S. INC., <br><br> Defendants. | Case No. 2:17-cv-04964-CCC-MF |

I, Liza M. Walsh, hereby certify that, on the date set forth below, I caused a copy of the following documents submitted on behalf of Defendants Actavis

Laboratories FL, Inc., Actavis Pharma, Inc., Teva Pharmaceuticals USA, Inc., and Teva Pharmaceutical Industries Ltd. ("Actavis"), and Defendants Prinston Pharmaceutical Inc., Solco Healthcare U.S. LLC, and Huahai US Inc. ("Prinston") (collectively, "Defendants") in the above referenced matters in accordance with the Court's electronic filing procedures:

- Defendants' Opposition to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction;
- Declaration of Andrew S. McElligott with Exhibits annexed thereto;
- Reply Expert Declaration of Ivan T. Hofmann with Exhibits annexed thereto;
- Declaration of Brian K. Locker, M.D. with Exhibits annexed thereto; and
- This Certificate of Service.

I further certify that, on the date set forth below, I caused a copy of the above-mentioned documents to be served, via electronic filing and email, upon all counsel of record.

I further certify that I will cause a courtesy copy of the above-mentioned documents to be sent, via hand delivery to the Honorable Claire C. Cecchi, U.S.D.J., United States District Court for the District of New Jersey, Martin Luther King, Jr. Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey.

                                                               WALSH PIZZI O'REILLY FALANGA LLP

Dated: July 20, 2017             s/*Liza M. Walsh*  
                                             Liza M. Walsh