The Law Firm
Fleming . Ruvoldt PLLC

250 Moonachie Road
Suite 501
Moonachie, NJ 07074
(201) 518-7878
(201) 518-7879 (fax)

**Robert J. Fettweis**
**Direct: 201-518-7888**
**rfettweis@flemingruvoldt.com**

July 27, 2017

**VIA ECF**

Honorable Mark Falk, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      RE:    Sebela International Limited v. Prinston Pharmaceutical, Inc.,
               Solco Healthcare U.S., LLC and Huahai U.S., Inc.
               Civil Action No. 2:17-cv-04964-CCC-MF

Dear Judge Falk:

    Enclosed for Your Honor's consideration are the Declarations of Robert J. Fettweis and Scott A. Cunning II and a proposed form of Order, all of which are submitted in support of the defendants' application to have Mr. Cunning admitted to the Bar of this Court *pro hac vice*.

    Counsel for the plaintiff has consented to this application.

                                     Respectfully yours,

                                     /s/ *Robert J. Fettweis*
                                   Robert J. Fettweis

Enclosures
cc:    Scott A. Cunning II, Esq. (via email: scott.cunning@haynesboone.com )
        Anne B. Sekel, Esq. (via email: asekel@foley.com )