Robert J. Fettweis
FLEMING RUVOLDT PLLC
250 Moonachie Road
Moonachie, NJ 07074
Telephone: (201) 518-7878

*Attorney for Defendants*
*Prinston Pharmaceutical Inc.,*
*Solco Healthcare U.S. LLC, and Huahai US Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SEBELA INTERNATIONAL LIMITED, SEBELA IRELAND LIMITED, and SEBELA PHARMACEUTICALS INC., <br>                                 Plaintiffs, <br> vs. <br> PRINSTON PHARMACEUTICAL INC., SOLCO HEALTHCARE U.S. LLC, and HUAHAI U.S. INC., <br>                                 Defendants. | Civil Action No. 2:17-cv-04964-CCC-MF <br><br> **DECLARATION OF ROBERT J. FETTWEIS IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION OF SCOTT A. CUNNING II** |

      ROBERT J. FETTWEIS, under penalty of perjury, declares as follows:

      1.     I am an attorney-at-law in good standing in the State of New Jersey and a partner at the law firm of Fleming Ruvoldt PLLC, local counsel and attorney of record for the defendants in this matter. I make this Declaration in support of the defendants' application for permission to have Scott A. Cunning II, Esq. appear and participate in this case *pro hac vice*.

      2.     Pursuant to Local Civil Rule 101.1(c)(4), my firm will continue to appear in this action on behalf of the defendants and agrees to accept service of all notices, orders and pleadings in this action. As local counsel, I will be responsible for the conduct of Scott A. Cunning II, Esq., during the course of this litigation. Additionally, I will monitor and ensure his compliance with all provisions of L. Civ. Rule 101(c)(2) and L. Civ. Rule 101.1(c)(3).

3. Counsel for the plaintiff has consented to the *pro hac vice* admission of the above-named counsel.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 27, 2017                              FLEMING RUVOLDT PLLC


                                                   /s/Robert J. Fettweis
                                                    Robert J. Fettweis