UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SEBELA INTERNATIONAL LIMITED, SEBELA IRELAND LIMITED, and SEBELA PHARMACEUTICALS INC., <br><br> Plaintiffs, <br><br> v. <br><br> PRINSTON PHARMACEUTICAL INC., SOLCO HEALTHCARE U.S., LLC, and HUAHAI U.S. INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 2:17-cv-04964-CCC-MF |

DECLARATION OF SCOTT A. CUNNING II
IN SUPPORT OF A MOTION FOR ADMISSION *PRO HAC VICE*

1. I, Scott A. Cunning II, submit this Declaration in support of a Motion for Admission *Pro Hac Vice* seeking permission to participate as counsel for Defendants in the above-captioned case.

2. My office address is: 800 17th Street, NW, Suite 500, Washington, DC 20006.

3. I am an attorney and am a member in good standing of the bar of the following courts:

   Virginia State Bar, Admitted November 1, 2004
   Virginia State Bar
   1111 East Main Street, Suite 700
   Richmond, VA 23219-3565

   District of Columbia, Admitted June 6, 2005
   The District of Columbia Bar
   1101 K Street NW, Suite 200
   Washington DC 20005-4210

4. I am not currently suspended or disbarred in any jurisdiction.

5. There are no pending disciplinary proceedings pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

6. I have reviewed and am familiar with the Local Rules of The United States District Court for the District of New Jersey.

7. I shall at all times remain associated in this action with local counsel for my clients.

8. I declare under penalty of perjury that the foregoing is true and correct.

                                                Scott A. Cunning II, Esquire

Dated: July 27, 2017