Robert J. Fettweis
FLEMING RUVOLDT PLLC
250 Moonachie Road
Moonachie, NJ 07074
Telephone: (201) 518-7878

*Attorney for Defendants*
*Prinston Pharmaceutical Inc.,*
*Solco Healthcare U.S. LLC, and Huahai US Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SEBELA INTERNATIONAL LIMITED, SEBELA IRELAND LIMITED, and SEBELA PHARMACEUTICALS INC., <br>            Plaintiffs, <br>  vs. <br><br> PRINSTON PHARMACEUTICAL INC., SOLCO HEALTHCARE U.S. LLC, and HUAHAI U.S. INC., <br>            Defendants. | Civil Action No. 2:17-cv-04964-CCC-MF <br><br> **ORDER GRANTING** ***PRO HAC VICE*** **ADMISSION** |

This matter having come before the Court on the application of Fleming Ruvoldt PLLC, attorneys for the defendants, for the *pro hac vice* admission of Scott A. Cunning II, Esq., pursuant to L. Civ. Rule 101.1; and the Court having considered the Declarations of Robert J. Fettweis, Esq. and Scott A. Cunning II, Esq. in support of the application and it having been represented that counsel for the plaintiff consents to this application; and for good cause shown:

IT IS on this _____ day of _____, 2017

ORDERED that Scott A. Cunning II, Esq. is admitted to practice *pro hac vice* in this matter on behalf of the defendants; and it is further

ORDERED that Scott A. Cunning II, Esq. shall pay to the New Jersey Lawyer's Fund for Client Protection (the "Fund") within ten days hereof the fee required by New Jersey Court

Rule 1:28-2(1), which payment shall be made for any year in which she continues to represent a client in any matter pending in this Court; and it is further

ORDERED that Scott A. Cunning II, Esq. shall within ten days make a payment of $150.00 to the Clerk of this Court; and it is further

ORDERED that Scott A. Cunning II, Esq. shall abide by the disciplinary rules of this Court; and it is further

ORDERED that Scott A. Cunning II, Esq. shall notify the Court immediately of any disciplinary matter affecting his standing at the bar of any jurisdiction; and it is further

ORDERED that the law firm of Fleming Ruvoldt PLLC shall accept service of all notices, orders and pleadings in this action and shall file papers, enter appearances for parties, sign stipulations and sign and receive payments on judgment, decrees and orders; and it is further

ORDERED that the Clerk shall serve a true copy of this Order upon the Treasurer of the Fund within seven (7) days of entry hereof on the docket.

_____
Mark Falk, U.S.M.J.